THE HONORABLE BRIAN D. LYNCH
CHAPTER 13
HEARING DATE: October 2, 2018
HEARING TIME: 1:00 P.M.
LOCATION:  Vancouver, Washington
RESPONSE DATE: September 25, 2018

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

TERESA KAY REYNOLDS,

Debtor.

Case No.: 18-42439-BDL

OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## BACKGROUND

Debtor filed this Chapter 13 case on July 13, 2018.  The applicable commitment period is sixty months.  The case is currently in the second month and the Meeting of Creditors has been completed.  The bar date for filing non-governmental claims was September 21, 2018.  Filed unsecured claims total $42,151.39 (including Debtor's student loan).  The plan as filed proposes 100% repayment to general unsecured filed and allowed claims, but proposes to pay Debtor's student loan directly.

OBJECTION TO CONFIRMATION

- 1 -

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA  98402
(253) 572-6600

# **OBJECTION**

☒ Other:

Per the Court's recent oral ruling in *In re Frazier*, 17-44188-BDL, United States Bankruptcy Court, Western District of Washington, Trustee does not believe that Debtor's plan can be confirmed while proposing to pay Debtor's student loan directly, even if the remainder of Debtor's general unsecured claims are to be paid at 100%.

Debtor's plan is feasible to pay all unsecured claims, including her student loan claim to Navient/Great Lakes Higher Education in the amount of $8,864.03, within 30 months. *See* Declaration of Ruth Wilson. Debtor's plan should be amended to remove the provision for direct payment of her student loan prior to confirmation.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and Debtor be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 25th day of September, 2018.

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 2 -

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

## CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that on September 25, 2018, I caused to be mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation and Declaration to the following:

TERESA KAY REYNOLDS
99 ALPHA DR
LONGVIEW, WA 98632

The following parties received Trustee's Objection to Confirmation and Declaration via ECF:

    Ellen Ann Brown
    U.S. Trustee

Executed at Tacoma, Washington this 25th day of September, 2018.

                                        /s/ Ruth Wilson
                                        Vancouver Motion Coordinator for
                                        Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 3 -

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600